**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JEREMY WHITE,**

     **Plaintiff,**                **CASE NO.: 4:24-cv-00183-MW-MAF**

**v.**

**ENVISION CREDIT UNION,
EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., and
TRANSUNION, LLC,**

     **Defendants.**
_____/

**NOTICE OF PENDING SETTLEMENT
AS TO DEFENDANT TRANSUNION, LLC**

Plaintiff, Jeremy White ("Plaintiff"), by and through undersigned counsel, hereby files this *Notice of Pending Settlement* (the "Notice") as to Defendant TransUnion, LLC ("TransUnion") only.  By submission of this Notice, submitting counsel represents that this matter has been settled, in principle, subject to final documentation as to TransUnion, LLC only.

[Space intentionally left blank.]

Dated:  May 9, 2024

Respectfully Submitted,

**SHRADER, MENDEZ & O'CONNELL**
612 W. Bay St.
Tampa, Florida 33606
Phone:  (813) 360-1529
Fax:    (813) 336-0832

 /s/ Brian L. Shrader
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@shraderlawfirm.com
**ALEJANDRO J. MENDEZ, ESQ.**
Florida Bar No. 1025247
e-mail: amendez@shraderlawfirm.com
**KELLIE N. O'CONNELL, ESQ.**
Florida Bar No. 1030942
e-mail: koconnell@shraderlawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on May 9, 2024, a copy of this notice was filed with the Clerk's Office via the CM/ECF system, which will serve a copy on all e-filers and counsel of record.

/s/ Brian L. Shrader
*Attorney*

2