**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JEREMY WHITE,**

   *Plaintiff*,

**v.**                                            **Case No.:  4:24cv183-MW/MAF**

**EQUIFAX INFORMATION**
**SERVICES, LLC., et al.,**

   *Defendants*.

_____/

### ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT

Plaintiff has filed a notice of settlement as to Defendant Envision Credit Union. ECF No. 29. Accordingly,

 **IT IS ORDERED**:

1.  The parties must comply with their settlement agreement.

2.  All claims against Defendant Envision Credit Union, other than for enforcement of the settlement agreement, are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

3. Plaintiff's claims remain pending against all remaining Defendants.

**SO ORDERED on July 1, 2024.**

                         **s/Mark E. Walker_____**
                         **Chief United States District Judge**