**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JEREMY WHITE,**

*Plaintiff*,

v.                                                    **Case No.:  4:24cv183-MW/MAF**

**EQUIFAX INFORMATION
SERVICES, LLC., et al.,**

*Defendants*.

_____/

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT EXPERIAN

The parties have filed a stipulation of dismissal with prejudice as to Plaintiff's

claims against Defendant Experian. ECF No. 34. The notice is effective without an

order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677

F.3d 1272, 1278 (11th Cir. 2012). This case remains pending against Defendant

Equifax Information Services.

**SO ORDERED on August 1, 2024.**

**s/Mark E. Walker**
**Chief United States District Judge**