## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JEREMY WHITE,**

      **Plaintiff,**                      **CASE NO.: 4:24-cv-00183-MW-MJF**

**v.**

**ENVISION CREDIT UNION,**
**EQUIFAX INFORMATION SERVICES,**
**LLC, EXPERIAN INFORMATION**
**SOLUTIONS, INC., and**
**TRANSUNION, LLC,**

      **Defendants.**

_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT ENVISION CREDIT UNION ONLY

Plaintiff, Jeremy White ("Plaintiff"), and Defendants, Experian Information Solutions, Inc. ("Experian"), Envision Credit Union ("Envision"), and Equifax Information Services, LLC, ("Equifax") (collectively, "Defendants") by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Procedure, hereby stipulate to the dismissal of Defendant Envision only with prejudice with each party to bear their own attorney's fees and costs.

Dated:  August 30, 2024    /s/ Brian L. Shrader_____
**BRIAN L. SHRADER, ESQ.**
902 N. Armenia Ave
Tampa, FL 33609
e-mail: bshrader@shraderlawfirm.com
phone: (813) 360-1529
*Attorney for Plaintiff*

Dated:  August 30, 2024    /s/ Amanda E. Preston_____
**AMANDA E. PRESTON, ESQ.**
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
e-mail: amanda.preston@squirepb.com
phone: (305) 577-7000
*Attorney for Defendant Equifax
Information Services, LLC*

Dated:  August 30, 2024    /s/ Daniel A. Nicholas_____
**DANIEL A. NICHOLAS, ESQ.**
500 N. Westshore Boulevard, Suite 700
Tampa, Florida 33609
e-mail: daniel.nicholas@csklegal.com
phone: (813) 509-2691
*Attorney for Defendant Envision Credit Union*

Dated:  August 30, 2024    /s/ Maria H. Ruiz_____
**MARIA H. RUIZ, ESQ.**
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
e-mail: MRuiz@kasowitz.com
phone: (305) 377-1666
*Attorney for Defendant Experian Information
Solutions, Inc.*