**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JEREMY WHITE,**

     *Plaintiff,*

**v.**                               **Case No.:  4:24cv183-MW/MJF**

**EQUIFAX INFORMATION**
**SERVICES, LLC., et al.,**

     *Defendants.*
_____/

**ORDER FOR DISMISSAL REGARDING DEFENDANT**
**EQUIFAX INFORMATION SERVICES, LLC**

The parties have filed a joint stipulation of dismissal with prejudice as to

Defendants Experian Information Solutions, Inc., Envision Credit Union, and

Equifax Information Services, LLC, under Federal Rule of Civil Procedure

41(a)(1)(A)(i). ECF No. 40. "Rule 41 allows a plaintiff to dismiss all of his claims

against a particular defendant." *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092,

1106 (11th Cir. 2004). The notice is effective without an order. *See* Fed. R. Civ. P.

41(a)(1)(A). Plaintiff's claims against TransUnion, Envision, and Experian have

already been dismissed by this Court. *See* ECF Nos. 14, 30, 35. As Equifax

Information Services, LLC, is the last remaining Defendant, the Clerk shall close the

file.

SO ORDERED on October 1, 2024.

s/Mark E. Walker
Chief United States District Judge